IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ASH-SHAKUR SHABAZZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 1:05-CV-0834-F |
| | ) | (WO) |
| LAMAR GLOVER, SHERIFF, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on September 12, 2005 (Doc. 3), and upon an independent review of the file in this case, said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that this case is dismissed with prejudice prior to service of process pursuant to the directive of 28 U.S.C. § 1915(e)(2)(B).

Done this 6th day of October, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE