IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ASH-SHAKUR SHABAZZ, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 1:05-CV-0834-F |
| ) | (WO) |
| LAMAR GLOVER, SHERIFF, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# FINAL JUDGMENT

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that judgment is entered in favor of the defendants and against the plaintiff and that this case is DISMISSED with prejudice prior to service of process.

Done this the 6th day of October, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE